# Court of Appeals of the State of Georgia

ATLANTA, October 30, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0582. CARNEL L. BRYANT v. CHRISTINE S. BARKER et al.

Carnel Bryant filed a petition for a writ of mandamus in the superior court, which the trial court dismissed as moot on May 29, 2024. Bryant filed a notice of appeal from this ruling on October 15, 2024.[1] We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of the notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court." *Perry v. Paul Hastings, LLP*, 362 Ga. App. 140, 141 (866 SE2d 855) (2021) (citation and punctuation omitted). Because Bryant filed his notice of appeal 139 days after entry of the order on appeal, we lack jurisdiction over the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/30/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*

---

[1] Bryant previously sought discretionary review of the superior court's order and we dismissed his application for being untimely. See Case No. A25D0039 (September 11, 2024).